PETER C. ANDERSON
United States Trustee
MICHAEL J. HAUSER (State Bar No. 140165)
Attorney for the United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
RONALD REAGAN FEDERAL BUILDING
    and UNITED STATES COURTHOUSE
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LUCY ANN MILLER,<br><br><br><br><br><br><br><br>                                   Debtor. | CASE NUMBER: 8:10-bk-18345 RK<br><br>Chapter 7<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DETERMINE WHETHER COMPENSATION  PAID TO COUNSEL WAS EXCESSIVE UNDER 11 U.S.C. §329 AND F.R.B.P. 2017; DECLARATION OF KRISTINA M. HOWARD IN SUPPORT THEREOF<br><br>Date:   September 1, 2010<br>Time:  10:30 a.m.<br>Ctrm:  "5D" |

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the United States Trustee for Region 16 (hereafter the "U.S. Trustee") will  move the court to determine whether the compensation paid to Gerald Wolfe was excessive under 11 U.S.C. § 329 and F.R.B.P. 2017 for the reasons stated in the motion.   The hearing will be held in the courtroom noted above in the United States Bankruptcy Court.

If you wish to respond to or oppose this motion, you must file a written response and serve your response or opposition FOURTEEN (14) days before the scheduled hearing and in compliance with Local Rule 9013-1(f) and (h).  A copy of the response or opposition must be served on the Office of the United States Trustee at 411 West Fourth Street, Suite 9041, Santa

1 | Ana, California, 92701-8000, and the Chapter 7 trustee.  If you fail to file a response to this
2 | motion within such time period, the court may treat such failure as a waiver of your right to
3 | oppose the motion and may grant the relief requested.

                                              Respectfully submitted,
                                              Office of the United States Trustee

Dated: July 20, 2010                       /S/ MICHAEL J. HAUSER
                                              MICHAEL J. HAUSER
                                              Attorney For The U.S. Trustee

# I.
# INTRODUCTION

The U.S. Trustee is seeking to determine whether the $3,750 fee paid to counsel of record, Gerald Wolfe, should be disgorged under 11 U.S.C. §329 and F.R.B.P. 2017 based on the fact that this case, Lucy Ann Miller, 8: 10-18345 RK, may be dismissed because of the Debtor's failure to comply with 11 U.S.C. §109(h). The U.S. Trustee has concurrently filed a motion to dismiss this case pursuant to 11 U.S.C. §§109(h) and 707(a).

# II.
# STATEMENT OF FACTS

1. On June 20, 2010, Lucy Ann Miller, the Debtor herein, filed a voluntary Chapter 7 petition[1]. See Exhibit "A."

2. The attorney of record representing the Debtor at the time of filing was Gerald Wolfe. The signature page of the petition was executed by Gerald Wolfe on June 20, 2010. See Exhibit "A."

3. Included in the Bankruptcy Papers was a Disclosure of Compensation signed by Gerald Wolfe, executed on June 20, 2010. The Disclosure of Compensation form indicated that the Debtor agreed to pay $3,750, and paid $3,750 to Mr. Wolfe for legal services. See Exhibit "B."

4. The Declaration RE: Limited Scope of Appearance Pursuant To Local Bankruptcy Rule 2090-1, lists the scope of services to be provided by Gerald Wolfe, and was executed by the Debtor and Attorney Wolfe, on June 20, 2010. See Exhibit "B."

5. On or about July 20, 2010, in conjunction with this motion, the U.S. Trustee filed a motion to dismiss the Debtor's case based on the fact that Debtor failed to obtain credit counseling within 180 days prior to her bankruptcy filing - as required by 11 U.S.C. §109(h)(1) (the "Section 109(h) Motion"). See the Declaration of Kristina M. Howard.

---

[1] The U.S. Trustee requests that the Court take judicial notice of its own files pursuant to FRE 201, which is applicable in bankruptcy cases through FRBP 9017, including the Debtor's petition, filed with this Court on June 20, 2010.

- 3 -

## III.
## POINTS AND AUTHORITIES

A.   <u>Pursuant to 11 U.S.C. 329 and FRBP 2017 This Court Can Order the Return of Attorney Fees If They Exceed the Reasonable Value of Services Provided</u>

11 U.S.C. 329 (b) provides in pertinent part:

"If such compensation exceeds the reasonable value of any such services the court may cancel any such agreement, or order the return of any such payment, to the extent excessive, to...the entity that made such payment."

In the Ninth Circuit case of <u>In re Jastrem</u>, 253 F.3d 438 (9th Cir. 2001), the court there held that bankruptcy courts could return fees to the debtor where it found that they were unreasonable. Furthermore, the reasonableness of fees was governed by section 330 of the Bankruptcy Code.

In the present case, Debtor's counsel entered into an agreement whereby he was to prepare the Debtor's bankruptcy filing and represent her in other bankruptcy related matters. Counsel failed to ensure that the Debtor timely complied with the requirements of 11 U.S.C. §§ 521(i)(1) and 109(h), by filing a Credit Counseling Certificate dated June 24, 2010, 4-days after the bankruptcy filing. Therefore, the Debtor has failed to comply with §109(h). This deficiency was the basis for the accompanying motion to dismiss the Debtor's case. Under the circumstances, the U.S. Trustee submits that counsel's entire fee provided no benefit to the Debtor, and should be disgorged in its entirety.

## IV.
## CONCLUSION

Wherefore, the U. S. Trustee requests entry of an order:

a. determining that counsel's $3,750 fee is excessive under the circumstances of this case, and directing that the sum of $3,750, as well as any additional amount collected to date, be paid back to the Debtor;

//

//

/

- 4 -

1  b. for any other relief the Court might wish to order in this matter.

2

3                                         Respectfully submitted,
                                          Office of the United States Trustee
4

5  Dated: July 20, 2010                   /S/ MICHAEL J. HAUSER
                                          MICHAEL J. HAUSER
6                                         Attorney For The U.S. Trustee

- 5 -

### DECLARATION OF KRISTINA M. HOWARD

I, KRISTINA M. HOWARD, hereby declare and state as follows:

I make this declaration upon my own personal knowledge except as to those statements made upon information and belief. I am employed as a Paralegal Specialist by the United States Trustee ("U.S. Trustee") for Region 16 and have been employed by the U.S. Trustee for 21 years. As a paralegal, one of my responsibilities is monitoring and overseeing Chapter 7 cases filed in the Santa Ana Division.

1. On June 20, 2010, Lucy Ann Miller, the Debtor herein, filed a voluntary Chapter 7 petition. See Exhibit "A."

2. The attorney of record representing the Debtor at the time of filing was Gerald Wolfe. The signature page of the petition was executed by Gerald Wolfe on June 20, 2010. See Exhibit "A."

3. Included in the Bankruptcy Papers was a Disclosure of Compensation signed by Gerald Wolfe, executed on June 20, 2010. The Disclosure of Compensation form indicated that the Debtor agreed to pay $3,750, and paid $3,750 to Mr. Wolfe for legal services. See Exhibit "B."

4. The Declaration RE: Limited Scope of Appearance Pursuant To Local Bankruptcy Rule 2090-1, lists the scope of services to be provided by Gerald Wolfe, and was executed by the Debtor and Attorney Wolfe, on June 20, 2010. See Exhibit "B."

5. On or about July 20, 2010, in conjunction with this motion, the U.S. Trustee filed a motion to dismiss the Debtor's case based on the fact that Debtor failed to obtain credit counseling within 180 days prior to her bankruptcy filing

I declare that the foregoing statements are true and correct to the best of my knowledge under penalty of perjury, and if called to testify thereon as a witness, would be competent to so testify.

Executed this 20th day of July, 2010     /S/ KRISTINA M. HOWARD
at Santa Ana, California.     Kristina M. Howard
     Paralegal Specialist

EXHIBIT "A"

B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Miller, Lucy Ann** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2708** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2716 E. Whidby Ln**<br>**Anaheim, CA**<br>ZIP Code **92806** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

EXHIBIT "A"    000001

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Miller, Lucy Ann** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**   /s/ Gerald Wolfe     June 20, 2010<br>Signature of Attorney for Debtor(s)     (Date)<br>**Gerald Wolfe 180599** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Miller, Lucy Ann** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Lucy Ann Miller**
Signature of Debtor  **Lucy Ann Miller**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 20, 2010**
Date

### Signature of Attorney*

X  **/s/ Gerald Wolfe**
Signature of Attorney for Debtor(s)

**Gerald Wolfe 180599**
Printed Name of Attorney for Debtor(s)

**Law Office of Gerald Wolfe**
Firm Name

**19600 Fairchild Road, Suite 295**
**Irvine, CA 92612**

Address

**Email: lawoffice@gwesq.com**
**949-257-0961  Fax: 949-878-4840**
Telephone Number

**June 20, 2010            180599**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

EXHIBIT "B"

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)     1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Lucy Ann Miller** <br><br> Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | For legal services, I have agreed to accept | $ **3,750.00** |
   |---|---|
   | Prior to the filing of this statement I have received | $ **3,750.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Preparation and filing of reaffirmation agreements and applications as needed; Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **June 20, 2010** | **/s/ Gerald Wolfe** |
|---|---|
| *Date* | **Gerald Wolfe 180599** |
| | *Signature of Attorney* |
| | **Law Office of Gerald Wolfe** |
| | *Name of Law Firm* |
| | **19600 Fairchild Road, Suite 295** |
| | **Irvine, CA 92612** |
| | **949-257-0961  Fax: 949-878-4840** |

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Gerald Wolfe**<br>**19600 Fairchild Road, Suite 295**<br>**Irvine, CA 92612**<br>**949-257-0961 Fax: 949-878-4840**<br>California State Bar No.: **180599**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Lucy Ann Miller**<br><br><br><br>Debtor. | CHAPTER __7__<br>CASE NUMBER<br><br><br><br>(No Hearing Required) |
|---|---|

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* __6/18/2010__, I agreed with the Debtor that for a fee of $ __3,750.00__, I would provide only the following services:

   a. ■ Prepare and file the Petition and Schedules

   b. ■ Represent the Debtor at the 341(a) Hearing

   c. ☐ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☐ Other *(specify)*:

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: **June 20, 2010**

I HEREBY APPROVE THE ABOVE:

**/s/ Lucy Ann Miller**
*Signature of Debtor*

**Law Office of Gerald Wolfe**
*Law Firm Name*

By: **/s/ Gerald Wolfe**

Name: **Gerald Wolfe 180599**
*Attorney for Debtor*

---

*Rev. 1/01* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California     **F 2090-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

| In re: Lucy Ann Miller | CHAPTER 7 |
|---|---|
| Debtor(s) | CASE NUMBER: 8:09-bk-19209 RK |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 9271.

The foregoing document described: NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DETERMINE WHETHER COMPENSATION PAID TO COUNSEL WAS EXCESSIVE UNDER 11 U.S.C. §329 AND F.R.B.P. 2017; DECLARATION OF KRISTINA M. HOWARD IN SUPPORT THEREOF, will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

acanzone@burd-naylor.com
knaylor@ecf.epiqsystems.com
lawoffice@gwesq.com
ecf.gwesq@gmail.com
lplotkin@lsl-la.com
dsmall@lsl-la.com

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On July 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lucy Ann Miller
2716 E. Whidby Lane
Anaheim, CA 92806

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 22, 2010,  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via personal delivery:
Judge Kwan - Bin Outside of Room 5097

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2010 | Kristina M. Howard | /S/ Kristina M. Howard |
|---|---|---|
| Date | Type Name | Signature |

PETER C. ANDERSON
United States Trustee
MICHAEL J. HAUSER (State Bar No. 140165)
Attorney for the United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
RONALD REAGAN FEDERAL BUILDING
     and UNITED STATES COURTHOUSE
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: | CASE NO.: 8:10-bk-118345 TA |
|---|---|
| LUCY ANN MILLER, | CHAPTER 7 |
| Debtor | NOTICE OF HEARING |

TO THE CREDITORS AND OTHER PARTIES IN INTEREST:

  NOTICE IS HEREBY GIVEN that a hearing in this case will be held in Courtroom "5D, United States Bankruptcy Court, Ronald Reagan Federal Building & United States Courthouse, 411 West Fourth Street,  Santa Ana, California 92701, on September 1, 2010  at 10:30 a.m., to consider and act upon the following:

  NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DETERMINE WHETHER COMPENSATION PAID TO COUNSEL WAS EXCESSIVE UNDER 11 U.S.C. §329 AND F.R.B.P. 2017; DECLARATION OF KRISTINA M. HOWARD

  Objections, if any, to the above shall be in writing and filed with the Court and served upon the party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f) and (h).  For further information see the court file or contact the court officer.

DATED: _____                        KATHLEEN J. CAMPBELL
                                                Clerk of Court